

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2019

No. 04-18-00733-CR

Martinz **BALLEZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12645
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief was due February 27, 2019, but was not filed. This court notified appellant's counsel of the deficiency on March 4, 2019. *See* TEX. R. APP. P. 38.8(b)(2). Appellant has not filed the brief or a motion requesting an extension of time.

Accordingly, we **ORDER** appellant to file his brief in this court **on or before April 15, 2019**. If the brief is not filed on or before the date ordered, we will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal.

We further **order** the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court